IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION BANK, | CASE NO. CV F 12-1663 LJO JLT |
| Plaintiff, | **ORDER FOR DEFENSE RESPONSE TO PLAINTIFF'S EX PARTE TRO APPLICATION** |
| vs. | (Doc. 21.) |
| OPEN SOLUTIONS, INC., | |
| Defendant. | |

On November 21, 2012, plaintiff Mission Bank filed papers seeking a temporary restraining order ("TRO") to preclude defendant Open Solutions, Inc. ("OSI") to refuse Mission Bank's access to Mission Bank's archived imaging data. To assist its review, this Court ORDERS OSI, no later than December 3, 2012, to file and serve its papers to address why this Court should not issue a TRO and to address in particular:

1. Mission Bank's claim that it owns the archived imaging data and is denied access to the archived imaging data;

2. Mission Bank's claim that it will suffer irreparable harm from denied access to the archived imaging data;

3. OSI's rights to withhold the archived imaging data and why it continues to withhold the archived imaging data;

4. Mission Bank's claim that OSI has rejected the $162,474.67 wired to OSI;

5. The effect of Mission Bank's wiring $162,474.67 to OSI on Mission Bank's claim of continuing harm;

6. Mission Bank's claim that it has no legitimate way to respond to governmental authorities' requests for archived imaging data;

7. Mission Bank's claim that OSI requires Mission Bank's waiver or release of claims to provide access to the archived imaging data; and

8. Whether legal, rather than equitable, remedies are available to Mission Bank to address Mission Bank's claim of denied access to the archived imaging data.

This Court will not consider a response from Mission Bank to OSI's papers, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   November 27, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE