# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MISSION BANK, | ) | 1:12 -CV- 01663 LJO JLT |
| | ) | |
| Plaintiff, | ) | ORDER SETTING SETTLEMENT |
| v. | ) | CONFERENCE |
| | ) | |
| OPEN SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Upon the request of the parties, the Court **ORDERS:**

1. A settlement conference is set on December 13, 2012 at 10:00 a.m. at the United States Courthouse, 510 19th Street, Bakersfield, California;

2. Unless otherwise permitted in advance by the Court, the attorneys who will try the case **SHALL** appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.[1]

3. Each party SHALL lodge a confidential settlement conference statement to JLTOrders@caed.uscourts.gov no later than 10 a.m. on December 12, 2012;

4. The Confidential Settlement Conference Statement shall include the following:

---

[1] The Court **GRANTS** the request of Defendant for their principals to appear via telephone.

1

A. A brief statement of the facts of the case.

B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C. A summary of the proceedings to date.

D. An estimate of the cost and time to be expended for discovery, pretrial and trial.

E. The relief sought.

F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated: **December 7, 2012**           **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE