1  Terry W. Bird - State Bar No. 49038
      twb@birdmarella.com
2  Paul S. Chan - State Bar No. 183406
      psc@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT,
      NESSIM, DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendant Open Solutions, Inc.
7

8

9                  UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

| | |
|---|---|
| MISSION BANK, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>OPEN SOLUTIONS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS OSI FINANCIAL SOLUTIONS, INC., a Delaware corporation aka OPEN SOLUTIONS, INC. aka OSI FINANCIAL SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:12-CV-01663-LJO-JLT<br><br>**ORDER RE STIPULATION RE CONTINUANCE OF DEADLINE FOR FILING STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>(Doc. 34) |

　　　　Before the Court is the stipulation of counsel to extend the date by which the joint proposed protective order will be filed. (Doc. 34) Currently, the deadline is February 22, 2013. Counsel propose additional time be provided to March 1, 2013. Id. at 1.

///

///

///

///

**ORDER**

Good cause appearing, the Court **ORDERS**:

1. The deadline for filing the joint proposed protective order shall be continued to March 1, 2013.

IT IS SO ORDERED.

Dated:   **February 22, 2013**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE