**MARCIN LAMBIRTH, LLP**
**JOHN B. MARCIN (BAR NO. 148715)**
  JBM@MARCIN.COM
**B. AUSTIN BAILLIO (SBN 274535)**
  BAB@MARCIN.COM
16830 Ventura Boulevard, Suite 320
Los Angeles, California 91436
Telephone:  818-305-2800
Telefax:      818-905-5010

Attorneys for Plaintiff Mission Bank, a California corporation

**BIRD, MARELLA, BOXER,**
**WOLPERT, NESSIM, DROOKS &**
**LINCENBERG, P.C.**
**TERRY W. BIRD (BAR NO. 49038)**
  TWB@BIRDMARELLA.COM
**PAUL S. CHAN (BAR NO. 183406)**
  PSC@BIRDMARELLA.COM
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:   (310) 201-2100
Facsimile:    (310) 201-2110

Attorneys for Defendant Open Solutions, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION BANK, a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>OPEN SOLUTIONS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS OSI FINANCIAL SOLUTIONS, INC., a Delaware corporation, aka OPEN SOLUTIONS, INC. aka OSI FINANCIAL SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. _1:12-cv-01663-LJO-JLT<br><br>Assigned to:  Judge Jennifer L. Thurston<br><br>**ORDER RE: STIPULATION RE: CONTINUANCE OF DEADLINE FOR FILING STIPULATED PROPOSED ORDER RE: E-DISCOVERY** |

This matter came before the Court on the parties' Stipulation re Continuance

1

**[PROPOSED] ORDER RE: STIPULATION RE: EXTENSION OF TIME**

of Deadline for Filing Stipulated Proposed Order re: E-Discovery.  After considering the Stipulation, it is hereby ORDERED that the deadline shall be continued as requested.

## **ORDER**

The deadline for filing a Stipulated Proposed Order re E-Discovery shall be continued to March 29, 2013.

IT IS SO ORDERED.

Dated: **March 23, 2013**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1