UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION BANK,<br><br>         Plaintiff,<br><br>    vs.<br><br>OPEN SOLUTIONS, INC., et al.,<br><br>         Defendants.<br>_____/ | CASE NO. CV F 12-1663 LJO JLT<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 42.) |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 25, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the June 18, 2014 pretrial conference and August 4, 2014. All dates are subject to immediate resetting if settlement is not completed timely.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and

1  this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **May 30, 2013**                              /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE