# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION BANK, | CASE NO. CV F 12-1663 LJO JLT |
| Plaintiff, | **ORDER TO EXTEND DISMISSAL OF ACTION** |
| vs. | (Doc. 44.) |
| OPEN SOLUTIONS, INC., | |
| Defendant. | |

Based on the parties' June 24, 2013 stipulation, this Court GRANTS the parties an extension and ORDERS the parties, no later than July 29, 2013, to file papers to dismiss this action in its entirety or to show good cause why this action has not been dismissed.

IT IS SO ORDERED.

**Dated:  June 25, 2013**          /s/  **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

1