**MARCIN LAMBIRTH, LLP**
JOHN B. MARCIN (BAR NO. 148715)
  JBM@MARCIN.COM
B. AUSTIN BAILLIO (BAR NO. 274535)
  BAB@MARCIN.COM
16830 Ventura Boulevard, Suite 320
Los Angeles, California 91436
Telephone: 818-305-2800
Telefax:    818-905-5010

Attorneys for Plaintiff Mission Bank, a California corporation

**BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS &
  LINCENBERG, P.C.**
TERRY W. BIRD (BAR NO. 49038)
  TWB@BIRDMARELLA.COM
PAUL S. CHAN (BAR NO. 183406)
  PSC@BIRDMARELLA.COM
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100
Facsimile:   (310) 201-2110

Attorneys for Defendant Open Solutions, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MISSION BANK, a California corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>OPEN SOLUTIONS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS OSI FINANCIAL SOLUTIONS, INC., a Delaware corporation, aka OPEN SOLUTIONS, INC. aka OSI FINANCIAL SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. _1:12-cv-01663-LJO-JLT<br><br>Assigned to: Judge Lawrence J. O'Neil<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

1

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Mission Bank and all Defendants who have appeared in this action, as follows:

1. This action was commenced on October 11, 2012.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action, including Plaintiff's Complaint, Defendant/Counterclaimant's Counterclaim, and Plaintiff/Counterclaimant's Counterclaim, is hereby dismissed, in its entirety, with prejudice.

SO STIPULATED.

DATED: July 29, 2013            MARCIN LAMBIRTH, LLP

By:    /s/ *B. Austin Baillio*
    John B. Marcin
    B. Austin Baillio
    Attorneys for Plaintiff,
    MISSION BANK, a California corporation

DATED: July 29, 2013            BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.

By:    /s/ *Paul S. Chan*
    Terry W. Bird
    Paul S. Chan
    Attorneys for Defendant,
    OPEN SOLUTIONS, INC.

IT IS SO ORDERED.

DATED:   July 30, 2013            /s/ Lawrence J. O'Neill
                    United States District Judge